IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARSAPE S.A., | NO. C 03-04535 JW |
| Plaintiff,<br>v.<br>JDS Uniphase Corporation,<br>Defendant. | **ORDER CONTINUING HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT AND FURTHER CASE MANAGEMENT CONFERENCE** |

Please take notice that on the Court's own motion, the hearing on Cross Motions for Summary Judgment and Further Case Management Conference in the above entitled case, presently scheduled on the calendar for Monday, June 13, 2005 is vacated. The hearing is set for **Monday, August 22, 2005 at 9 a.m.**

Dated: June 7, 2005
　　　　　　　　　　　　　　　　　　　　　　　　/s/ James Ware
　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gaylord A. Virden gavyls62@msn.com
Jeffrey J. Lederman jlederman@winston.com
Nicole P. Dogwill ndogwill@winston.com

| | |
|---|---|
| **Dated: June 7, 2005** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers**<br>    **Ronald L. Davis**<br>    **Courtroom Deputy** |

**United States District Court**
For the Northern District of California