**United States District Court**
For the Northern District of California

1
2
3
4
5
6                                          NOT FOR CITATION
7                           IN THE UNITED STATES DISTRICT COURT
8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                         SAN JOSE DIVISION
10
11    ARSAPE S.A.,                                    NO. C 03-04535 JW
12
13                    Plaintiff(s),
                                                      **ORDER DIRECTING PARTIES TO**
14            v.                                       **SUBMIT SUPPLEMENTAL BRIEFING;**
                                                      **RESETTING HEARING DATE AND**
      JDS Uniphase Corporation,                       **FURTHER CASE MANAGEMENT**
15                                                    **CONFERENCE**
                      Defendant(s).
16
     _____/
17            Plaintiff Arsape S.A. ("Arsape") filed suit against Defendant JDS Uniphase Corporation

18    ("JDSU") alleging breach of contract and various other claims based primarily upon the cancellation

19    of certain purchase orders between Defendant JDSU and Plaintiff's assignor, Donovan Micro-Tek

20    ("DMT").  JDSU answered and filed counterclaims against Arsape.  JDSU also filed a third party

21    complaint against DMT.

22            Presently before the Court are Arsape's motion for summary judgment on Count II of its

23    complaint; Arsape and DMT's motion for summary judgment on JDSU's express contractual indemnity

24    claim; Arsape and DMT's motion for summary judgment on JDSU's equitable indemnity/contribution

25    claim; Arsape and DMT's motion for summary judgment on JDSU's claims respecting assignment; and

26    JDSU's motion for summary judgment, partial summary judgment, and partial judgment on the

27    pleadings.  Many, if not all, of the motions appear to be predicated upon  California law, Canadian

28    law, and the UCC.  Interestingly, however, the purchase orders at issue contain a choice of law

provision, which states in pertinent part, "[t]he construction, interpretation and performance of this Agreement is governed by the applicable law of the Province of Ontario and Canada." Yet the parties' briefs lack any substantial analysis of the force and effect of the choice of law provision, or for that matter any substantial analysis of the choice of law issue in general.

The Court is not prepared to proceed with the various pending motions until the choice of law issue has been resolved. Accordingly, the parties are directed to submit supplemental briefing that specifically sets forth which law applies to which claims and defenses, and why. The supplemental briefing shall be filed and served no later than September 9, 2005. The hearing date for the pending motions is continued to October 3, 2005, at 9:00 a.m. The further case management conference is also continued to October 3, 2005, 9:00 a.m.

Dated: August 19, 2005

/s/James Ware_____
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gaylord A. Virden gavyls62@msn.com
Jeffrey J. Lederman jlederman@winston.com
Nicole P. Dogwill ndogwill@winston.com

**Dated: August 21, 2005**                    **Richard W. Wieking, Clerk**


                                               **By:__/s/JW Chambers_____**
                                                     **Ronald L. Davis**
                                                     **Courtroom Deputy**

United States District Court

For the Northern District of California