IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARSAPE S.A., | NO. C 03-04535 JW |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JDS Uniphase Corporation, | |
| Defendant(s). | |

The Court sets a case management conference for December 5, 2005 at 10:00 a.m. The parties shall file an updated joint case management statement no later than November 22, 2005.

Dated: November 8, 2005

/s/James Ware
JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Gaylord A. Virden gavyls62@msn.com
   Jeffrey J. Lederman jlederman@winston.com
3  Nicole P. Dogwill ndogwill@winston.com

4

5  **Dated: November 8, 2005**                              **Richard W. Wieking, Clerk**

6

7                                                           **By:   /s/JW Chambers**
                                                                   **Ronald L. Davis**
8                                                                  **Courtroom Deputy**