**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARSAPE S.A.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JDS Uniphase Corporation,<br><br>　　　　Defendant.<br>_____<br>AND RELATED COUNTERCLAIM<br>AND THIRD-PARTY COMPLAINT<br>_____/ | NO. C 03-04535 JW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE JDSU'S OCTOBER 6, 2005, LETTER** |

Plaintiff Arsape ("Arsape") and Third-Party Defendant Donovan Micro-Tek, Inc. ("DMT") bring this motion to strike Defendant JDS Uniphase Corporation's ("JDSU") seven-page letter from Jeffrey J. Lederman to the Court (hereinafter, October 6, 2005 Letter), Docket Item No. 117.  In the letter, JDSU responds to a question raised by the Court during the hearing on the parties' respective motions for summary judgment and partial summary judgment.

Arsape contends that the letter should be stricken because it is untimely and purports to set forth new evidence without a proper foundation.

The motion to strike is GRANTED.  The Court did not solicit the letter, and therefore the submission was improper.  Further, the Court did not consider any information in the letter in arriving at its decision on the parties' respective motions.

Dated: November 14, 2005　　　　　　　　　　/s/James Ware
03cv4535strike　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Gaylord A. Virden gavyls62@msn.com
Jeffrey J. Lederman jlederman@winston.com
3  Nicole P. Dogwill ndogwill@winston.com

**Dated: November 14, 2005**                        **Richard W. Wieking, Clerk**

                                                    **By:__/s/JW Chambers_____**
                                                         **Ronald L. Davis**
                                                         **Courtroom Deputy**