IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARSAPE S.A., | NO. C 03-04535 JW |
| Plaintiff(s), | **ORDER DIRECTING COURT REPORTER TO ATTACH (1) ARSAPE'S MOTION TO CORRECT TRANSCRIPT AND (2) JDSU'S JOINDER TO OFFICIAL TRANSCRIPTS** |
| v. | |
| JDS Uniphase Corporation, | |
| Defendant(s). | |

Plaintiffs and counterdefendants Arsape, S.A. and Donovan Micro-Tek, Inc. filed a motion to correct the transcript of the October 3, 2005 hearing, and noticed the motion for hearing on December 5, 2005 ("Motion"). Defendant and counterclaimant JDS Uniphase Corporation ("JDSU") filed a joinder ("Joinder"), which contained additional requests for corrections to the transcript.

The standard practice for requesting corrections to the record is to submit a "Correction Letter" directly to the Court Reporter, which the Court Reporter then attaches to the official transcript to make it part of the official record. Accordingly, the Court will treat the Motion and Joinder as "Correction Letters," and hereby directs the Court Reporter to attach such Motion and Joinder to the official transcript of the October 3, 2005 hearing.

Dated: November 14, 2005          /s/James Ware
03cv4535transcript                JAMES WARE
                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gaylord A. Virden gavyls62@msn.com
Jeffrey J. Lederman jlederman@winston.com
Nicole P. Dogwill ndogwill@winston.com

**Dated: November 14, 2005**               **Richard W. Wieking, Clerk**

                                           **By:   /s/JW Chambers**
                                                   **Ronald L. Davis**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California