```
 1  WINSTON & STRAWN LLP
    JEFFREY J. LEDERMAN (Bar No. 104622)
 2  NICOLE P. DOGWILL (Bar No. 211653)                    *E-filed 2/28/06*
    101 California Street, Suite 3900
 3  San Francisco, CA 94111-5802
    Tel:   (415) 591-1000
 4  Fax:   (415) 591-1400
    jlederman@winston.com
 5  ndogwill@winston.com

 6  Attorneys for Defendant, Counterclaimant and Third Party Plaintiff
    JDS UNIPHASE CORPORATION
 7

 8                        UNITED STATES DISTRICT COURT

 9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11
    ARSAPE S.A.,                          CASE NO. C03 04535 JW
12
            Plaintiff,
13                                        STIPULATION AND [PROPOSED] ORDER
        v.                                RE INSPECTION OF ARSAPE'S
14                                        DOCUMENTS IN SWITZERLAND
    JDS UNIPHASE CORPORATION,
15
            Defendant.
16
                                          Complaint filed: October 7, 2003
17  AND RELATED COUNTERCLAIMS
    AND THIRD PARTY COMPLAINT.
18
```

-1-

Case No. C-03-04535 JW    STIPULATION AND PROPOSED ORDER RE INSPECTION OF
                          ARSAPE'S DOCUMENTS IN SWITZERLAND

1   Plaintiff and counter-defendant Arsape, S.A. (Arsape), and defendant and counter-
2   claimant JDS Uniphase Corporation (JDSU), by and through their counsel, hereby stipulate to the
3   following:
4   1.  Arsape has agreed to provide certain documents for inspection at its facilities in
5   Switzerland, which is located at Rue Jardinière 33, 2306 La Chaux-de-Fonds, in the canton of
6   Neuchâtel, on March 10, 2006, provided that all requirements under Swiss law are satisfied. A
7   true and correct copy of Arsape's responses to JDS Uniphase Corporation's Requests For
8   Production of Documents is attached hereto as Exhibit A;
9   2.  Under applicable Swiss law, in order to inspect documents in Switzerland, the
10  parties must comply with the Hague Convention of March 18, 1970 on the Taking of Evidence
11  Abroad In Civil or Commercial Matters (23 U.S.C. § 1781), which provides for the appointment
12  of a Swiss commissioner to oversee such inspection. The parties agree that Denis Oswald, Esq.,
13  Place de la Fontaine 4, 2034 Peseux, Switzerland, an attorney and member in good standing of
14  the Neuchâtel bar, will be appointed for this purpose.
15  3.  Further, the parties request that the Court sign the attached Letter of Request
16  appointing Denis Oswald, Esq. as commissioner and request that the Clerk of this Court return the
17  Letter of Request to counsel for JDS Uniphase Corporation so that counsel may transmit it to the
18  appropriate federal and cantonal authorities in Switzerland for execution in conformity with
19  Article 2 of the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.
20  IT IS SO STIPULATED.

Dated: February 22, 2006                    WINSTON & STRAWN LLP

                                            By_____
                                            NICOLE P. DOGWILL
                                            Attorneys for Defendant, Cross-Complainant and
                                            Third Party Plaintiff
                                            JDS UNIPHASE CORPORATION

-2-

Case No. C-03-04535 JW                      STIPULATION AND PROPOSED ORDER RE INSPECTION OF
                                            ARSAPE'S DOCUMENTS IN SWITZERLAND

| | | |
|---|---|---|
| 1 | Dated: February 22, 2006 | LAW OFFICES OF GAYLORD A. VIRDEN |
| 2 | | By: *Gaylord A. Virden* (M2) |
| 3 | | GAYLORD A. VIRDEN |
| 4 | | Attorneys for Plaintiff and Cross-Defendant ARSAPE, S.A. and Third Party Defendant DONOVAN MICRO-TEK, INC. |
| 6 | Dated: February 22, 2006 | WINEBERG, SIMMONDS & NARITA LLP |
| 8 | | By: *[signature]* |
| 9 | | Margaret Ziemianek |
| 10 | | Attorneys for Plaintiff and Cross-Defendant ARSAPE, S.A. |

PURSUANT TO STIPULATION, IT IS HEREBY GRANTED AND ORDERED THAT: DENIS OSWALD, ESQ., PLACE DE LA FONTAINE 4, 2034 PESEUX, SWITZERLAND, AN ATTORNEY AND MEMBER IN GOOD STANDING OF THE NEUCHÂTEL BAR, IS DULY APPOINTED AND IS HEREBY AUTHORIZED, PURSUANT TO ARTICLE 17 OF THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS, TO TAKE EVIDENCE IN THE ABOVE-ENTITLED ACTION PENDING IN THIS COURT; AND THE LETTER OF REQUEST IS HEREBY APPROVED.

Dated: February 28, 2006

THE [HONORABLE HOWARD R.] LLOYD

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Howard R. Lloyd]*

SF:125587.1

-3-

Case No. C-03-04535 JW    STIPULATION AND PROPOSED ORDER RE INSPECTION OF ARSAPE'S DOCUMENTS IN SWITZERLAND