

WILLIAM A. WINEBERG (SBN 54827)
MARGARET A. ZIEMIANEK (SBN 233418)
WINEBERG, SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104-4811
Telephone: (415) 352-2200
Facsimile:   (415) 352-2222
Email: bwineberg@wsnlaw.com
       mziemianek@wsnlaw.com
Attorneys for Plaintiff and Counter-Defendant
Arsape S.A.

GAYLORD A. VIRDEN (SBN 35522)
LAW OFFICE OF GAYLORD A. VIRDEN
5863 N. Placita del Baron
Tucson, AZ 85718-4440
Telephone: (520) 577-7845
Facsimile: (520) 577-7845
Email: gavyls62@msn.com
Attorney for Plaintiff and Counter-Defendant
Arsape S.A., and for Third Party Defendant,
Donovan Mictro-Tek

IT IS SO ORDERED
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARSAPE S.A., | CASE NO.: C 03 04535 JW |
| Plaintiff, | |
| vs. | STIPULATED REQUEST AND [PROPOSED] ORDER FOR MODIFICATION OF CORRECTED SCHEDULING ORDER |
| JDS UNIPHASE CORPORATION, | |
| Defendant. | Complaint Filed: October 7, 2003 |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY COMPLAINT. | Dept.: Courtroom 8, 4th floor Hon. Judge Ware |

Plaintiff and Counter-Defendant Arsape S.A. (Arsape), Defendant and Counter-Claimant JDS Uniphase Corporation (JDSU), and Third Party Defendant Donovan Micro-Tek (DMT), by and through their counsel, in consideration of the delays caused by international discovery, conformance with international privacy laws, and the need for complete discovery, hereby stipulate to the following requests for modification of the Court's January 19, 2006 Corrected Scheduling Order:

1.  That the deadline for expert witness disclosures pursuant to Fed.R.Civ.P 26(a)(2)(B) be extended from April 3, 2006 to May 3, 2006;

2.  That the deadline for rebuttal expert witness disclosure be extended from April 14, 2006 to May 15, 2006;

2.  That the close of expert discovery be extended from May 15, 2006 to June 2, 2006.

IT IS SO STIPULATED.

Dated: March 17, 2006

WINEBERG, SIMMONDS & NARITA LLP

By: _____
Margaret A. Ziemianek
Attorneys for Plaintiff and Cross-Defendant
ARSAPE, S.A.

Dated: March 17, 2006

WINSTON & STRAWN LLP

By: _____
Nicole P. Dogwill
Attorneys for Defendant, Cross-Complainant
and Third Party Plaintiff
JDS UNIPHASE CORPORATION

FROM : LAW-OFFICE-GAYLORD-A-VIRDEN      FAX NO. : 520-577-7845        Mar. 17 2006 04:31PM  P1

1  Dated: March /7 2006                    LAW OFFICES OF GAYLORD A. VIRDEN

2

3                                          By: _____

4

5                                          Gaylord Virden
                                           Attorneys for Plaintiff and Cross-Defendant
                                           ARSAPE, S.A. and Third Party Defendant
6                                          DONOVAN MICRO-TEK, INC.

7

8

9  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT THE FOLLOWING
   MODIFICATIONS BE MADE TO THE COURT'S JANUARY 19, 2006 CORRECTED
10 SCHEDULING ORDER: 1) THE DEADLINE FOR EXPERT WITNESS DISCLOSURE
   PURSUANT TO FRCP 26(A)(2)(B) SHALL BE EXTENDED FROM APRIL 3, 2006 TO
11 MAY 3, 2006; 2) THE DEADLINE FOR REBUTTAL EXPERT WITNESS DISCLOSURE
   SHALL BE EXTENDED FROM APRIL 14, 2006 TO MAY 15, 2006; AND 3) THE
12 CLOSE OF EXPERT DISCOVERY SHALL BE EXTENDED FROM MAY 15, 2006 TO
13 JUNE 2, 2006 .

14

15

16 Dated: March 31, 2006                   By: _____
                                           Honorable Judge Ware
17

18

19

20

21

22

23

24

25

26

27

28

ARSAPE S.A. V. JDS UNIPHASE CORPORATION (C 03 04535 JW)
STIPULATED REQUEST AND [PROPOSED] ORDER FOR MODIFICATION OF CORRECTED SCHEDULING
ORDER