*E-Filed: 4/10/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARSAPE S.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JDS UNIPHASE CORPORATION,<br><br>　　　　Defendant.<br>_____/ | Case No. C03-04535 JW (HRL)<br><br>**ORDER RE: RECUSAL AND REASSIGNMENT OF ACTION** |

　　I hereby recuse myself from hearing or determining any matters which have been assigned to me as Magistrate Judge in the above-entitled action. The Clerk of Court shall reassign this case to another Magistrate Judge.

　　**IT IS SO ORDERED.**

Dated: 4/10/06　　　　　　　　　　　　　　　　　　／s/ Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2  Jeffrey J. Lederman   jlederman@winston.com, srgriffin@winston.com, ndogwill@winston.com

Gaylord A. Virden   gavyls62@msn.com

William Wineberg   bwineberg@wsnlaw.com

Margaret Ziemianek   mziemianek@wsnlaw.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:4/10/06

Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

2