**United States District Court**
For the Northern District of California

1

2

3                                                **\*E-FILED 5/2/06\***

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                           SAN JOSE DIVISION

9    ARSAPE S. A.,                              NO. C 03 04535 JW

10               Plaintiff,                      **ORDER RESETTING HEARING**
                                                 **DATE AND REQUESTING**
11        v.                                     **FURTHER BRIEFING**

12   JDS UNIPHASE CORPORATION,

13               Defendant.
                                      /
14

15

16

17        Presently set for hearing on May 10, 2006 are two discovery motions filed by Plaintiff and

18   one discovery motion filed by Defendants.  It appears that at least one factor contributing to these

19   discovery disputes and to the parties' need to seek Court intervention was the pendency of the

20   discovery cut off and motion deadlines.  It further appears that the parties' efforts to narrow the

21   scope of the disputes through meet and confer efforts should be ongoing and that at least some of the

22   issues presented in the papers have either already been resolved or could be resolved prior to the

23   hearing.  In view of those facts, it is hereby ordered that:

24        1. The hearing on the motions is continued to May 17, 2006 at 9:30 a.m.

25        2. The parties shall engage in further meet and confer efforts in a good faith attempt to reach

26   agreement on as many issues as possible.

27

28

1      3.  By 5:00 p.m. on May 10, 2006,  the parties shall submit a joint letter brief to the Court

2   succinctly setting forth the specific disputes that remain unresolved.

3

4   IT IS SO ORDERED.

5   Dated: May 2, 2006

6                                                  RICHARD SEEBORG
                                                   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER RESETTING HEARING DATE AND REQUESTING FURTHER BRIEFING
C 03 04535 JW

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2  Nicole P. Dogwill      ndogwill@winston.com, srgriffin@winston.com; lmouallem@winston.com

3  Jeffrey J. Lederman      jlederman@winston.com, srgriffin@winston.com;
   ndogwill@winston.com; lmouallem@winston.com
4
   Gaylord A. Virden      gavyls62@msn.com
5
   William A. Wineberg      bwineberg@wsnlaw.com
6
   Margaret Alexandra Ziemianek      mziemianek@wsnlaw.com
7

8  Counsel are responsible for distributing copies of this document to co-counsel who have not
   registered for e-filing under the Court's CM/ECF program.
9

10  **Dated: 5/2/06**                                      **Chambers of Judge Richard Seeborg**

11

12                                                 **By:      /s/ BAK**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RESETTING HEARING DATE AND REQUESTING FURTHER BRIEFING
C 03 04535 JW

3