**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARSAPE S.A., | NO. C 03-04535 JW |
| Plaintiff, | **ORDER RESCHEDULING HEARING RE: ONTARIO LAW** |
| v. | |
| JDS Uniphase Corporation, | |
| Defendant. | |

Please take note that on the Court's own motion, the hearing re: Consent-to-Assignment Provision under Ontario Law presently scheduled for September 11, 2006 is continued to **October 23, 2006 at 9 a.m.**

Dated: August 31, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gaylord A. Virden gavyls62@msn.com
Jeffrey J. Lederman jlederman@winston.com
Leda M. Mouallem lmouallem@winston.com
Margaret Alexandra Ziemianek mziemianek@wsnlaw.com
Nicole P. Dogwill ndogwill@winston.com
William A. Wineberg bwineberg@wsnlaw.com

**Dated: August 31, 2006**　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　　**By:  /s/ JW Chambers**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**

**United States District Court**
For the Northern District of California