WINSTON & STRAWN LLP
JEFFREY J. LEDERMAN (SBN: 104622)
NICOLE P. DOGWILL (SBN: 211653)
LEDA M. MOUALLEM (SBN: 221258)
101 California Street, 39th Floor
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: jlederman@winston.com
       ndogwill@winston.com
       lmouallem@winston.com

Attorneys for Defendant, Counterclaimant
and Third Party Plaintiff
JDS UNIPHASE CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ARSAPE S.A., <br><br> Plaintiff, <br><br> vs. <br><br> JDS UNIPHASE CORPORATION, <br><br> Defendant. | Case No. C 03 04535 JW <br><br> **STIPULATION RE DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| JDS UNIPHASE CORPORATION, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> DONOVAN MICRO-TEK INCORPORATED, <br><br> Third Party Defendant, | |
| AND RELATED COUNTERCLAIMS. | |

**STIPULATION RE DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

Plaintiff and counter-defendant Arsape S.A ("Arsape"), third party defendant Donovan Micro-Tek, Incorporated ("DMT") and defendant, counterclaimant and third party plaintiff JDS Uniphase Corporation ("JDSU"), by and through their counsel, hereby stipulate to the following:

1. The parties have entered into a settlement agreement to resolve the litigation;

2. Based on the terms of the settlement agreement, Arsape agrees to dismiss its Complaint with prejudice, and JDSU agrees to dismiss its Counterclaim and Third Party Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO STIPULATED.

Dated: September 18, 2006          WINSTON & STRAWN LLP

By: _____
Jeffrey J. Lederman
Attorneys for Defendant, Cross-Claimant and
Third Party Plaintiff JDS UNIPHASE
CORPORATION

Dated: September 18, 2006          LAW OFFICES OF GAYLORD A. VIRDEN

By: _____
GAYLORD A. VIRDEN
Attorneys for Plaintiff and Cross-Defendant
ARSAPE, S.A. and Third Party Defendant
DONOVAN MICRO-TEK, INC.

1
**STIPULATION RE DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

Plaintiff and counter-defendant Arsape S.A ("Arsape"), third party defendant Donovan Micro-Tek, Incorporated ("DMT") and defendant, counterclaimant and third party plaintiff JDS Uniphase Corporation ("JDSU"), by and through their counsel, hereby stipulate to the following:

1. The parties have entered into a settlement agreement to resolve the litigation;
2. Based on the terms of the settlement agreement, Arsape agrees to dismiss its Complaint with prejudice, and JDSU agrees to dismiss its Counterclaim and Third Party Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO STIPULATED.

Dated: September 18, 2006

WINSTON & STRAWN LLP

By: _____
Jeffrey J. Laderman
Attorneys for Defendant, Cross-Claimant and Third Party Plaintiff JDS UNIPHASE CORPORATION

Dated: September 18, 2006
Oct 1, 2006

LAW OFFICES OF GAYLORD A. VIRDEN

By: _____
GAYLORD A. VIRDEN
Attorneys for Plaintiff and Cross-Defendant ARSAPE, S.A. and Third Party Defendant DONOVAN MICRO-TEK, INC.

1
STIPULATION RE DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Complaint, Counterclaim and Third Party Complaint are hereby dismissed with prejudice.

Dated: ~~September ____, 2006~~  Oct. 3, 2006

*[signature: James Ware]*

THE HONORABLE JAMES WARE

SF:141603.1

2

STIPULATION RE DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER